# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PHILLIPS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREMONT-RIDEOUT HEALTH GROUP,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00955-JAM-EFB<br><br>**ORDER GRANTING PLAINTIFF'S FIRST REQUEST TO MODIFY AMENDED SCHEDULING ORDER**<br><br>[Fed. R. Civ. P. 16(b)(4)]<br><br>Hon. John A. Mendez |

WITH GOOD CAUSE SHOWN, the deadline to disclose expert rebuttal witnesses is hereby extended from July 8, 2016, to July 18, 2016.

IT IS ORDERED.

Dated: July 8, 2016　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE