1  Mark H. Van Brussel, State Bar No. 80777
   mvanbrussel@cdflaborlaw.com
2  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue
3  Suite 200
   Sacramento, California 95825
4  Telephone: (916) 361-0991
   Facsimile: (916) 570-1958
5
   Attorneys for Defendant
6  FREMONT-RIDEOUT HEALTH GROUP

7  Anthony M. Bettencourt, State Bar No. 289361
   abettencourt@impact-litigation.com
8  LAW OFFICE OF ANTHONY M. BETTENCOURT
   1804 Garnet Ave., Suite 475
9  San Diego, California 92109
   Telephone: (530) 636-0605
10
   Attorneys for Plaintiff
11 BEATRICE PHILLIPS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE PHILLIPS,<br><br>            Plaintiff,<br>    vs.<br><br>FREMONT-RIDEOUT HEALTH GROUP,<br><br>            Defendant. | Case No. 2:15-cv-00955-JAM-EFB<br><br>Assigned for All Purposes To:<br>Judge: John. A. Mendez<br><br>**JOINT STIPULATION MODIFYING SCHEDULING ORDER RE DISPOSITIVE MOTIONS, PRETRIAL CONFERENCE AND TRIAL DATES; ORDER** |

21          IT IS HEREBY STIPULATED by and between the parties through their respective

22 attorneys of record that, with the Court's permission, the scheduling order be modified to (1)

23 reschedule the hearing date for dispositive motions to February 21, 2017, (2) reset the final pre-trial

24 conference (currently set for February 3, 2017) to a date after April 2017, and (2) reset the trial date

25 (currently set for March 20, 2017) to a date in June 2017.

26          This stipulation is submitted so that the parties may meet and confer regarding the

27 summary judgment motion filed by defendant Fremont-Rideout Health Group.  Defendant's

28 motion, filed on November 15, 2016 and scheduled to be heard on December 13, 2016, was

---

1                                        JOINT STIP MODIFYING SCHEDULING
                                         ORDER RE DISPOSITIVE MTNS, PRETRIAL
                                         & TRIAL DATES; [PROPOSED] ORDER

1155425.1

1  dismissed by the court without prejudice because defendant had not filed a declaration that the
2  parties had met and conferred to resolve the matters raised in the motion.
3        If the court orders (1) a new dispositive motion hearing date of February 21, 2016,
4  (2) a new pretrial conference on a date after April 2017, and (3) a new trial date in June 2017, the
5  parties will be able to meet and confer, and if the issues raised in the summary judgment motion are
6  not resolved, defendant will file an amended notice scheduling its summary judgment motion for
7  hearing on February 21, 2017.

8  Dated:  December 2, 2016            CAROTHERS DISANTE & FREUDENBERGER LLP

10                                     By:  */s/ Mark Van Brussel*
                                            Mark H. Van Brussel
11                                     Attorneys for Defendant
                                       FREMONT-RIDEOUT HEALTH GROUP

13  Dated:  December 2, 2016            LAW OFFICE OF ANTHONY M. BETTENCOURT

15                                     By:  */s/ Anthony Bettencourt*
                                            Anthony M. Bettencourt
16                                     Attorneys for Plaintiff
                                       Beatrice Phillips

## O R D E R

21  IT IS SO ORDERED.  The Court assigns a hearing date of February 21, 2017 at 1:30 p.m. for hearing dispositive motions, a joint pretrial statement filed by April 28, 2017, a final pre-trial conference on May 5, 2017 10:00 a.m., and jury trial in this matter is set for June 12, 2017 at 9:00 a.m.

25  December 2, 2016            /s/ John A. Mendez

26                              John A. Mendez
                                United States District Court Judge

1155425.1

2  JOINT STIP MODIFYING SCHEDULING ORDER RE DISPOSITIVE MTNS, PRETRIAL & TRIAL DATES; [PROPOSED] ORDER