1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEATRICE PHILLIPS,<br><br>         Plaintiff,<br>vs.<br><br>FREMONT-RIDEOUT HEALTH GROUP,<br><br>         Defendant. | Case No. 2:15-cv-00955-JAM EFB<br><br>Assigned for All Purposes To:<br>Judge: John A. Mendez<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT FREMONT-RIDEOUT HEALTH GROUP'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   February 21, 2017<br>Time:   1:30 P.M. |

1　　　　The motion of defendant Fremont-Rideout Health Group for summary judgment came on
2　regularly for hearing before this Court on February 21, 2017.  Anthony M. Bettencourt appeared as
3　attorney for plaintiff Beatrice Phillips; Mark H. Van Brussel appeared as attorney for defendant and
4　moving party Fremont-Rideout Health Group.

5　　　　After considering the moving and opposition papers, arguments of counsel and all evidence
6　and other matters presented to the Court,

7　　　　IT IS HEREBY ORDERED that defendant's motion is GRANTED as to plaintiff's first
8　count for violation of Title III of the Americans With Disabilities Act, 42 U.S.C. § 12182(a), on
9　jurisdictional grounds.

10　　　　IT IS FURTHER ORDERED that defendant's motion is DENIED as to plaintiff's second
11　count for violation of California's Unruh Civil Rights Act (California Civil Code sections 51 et
12　seq.).

13　　　　IT IS FURTHER ORDERED that the Court in its discretion will retain supplemental
14　jurisdiction over plaintiff's state Unruh Civil Rights Act claim.

16　Dated:  March 1, 2017　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　Hon. John A. Mendez
17　　　　　　　　　　　　　　　　　　　United States District Court Judge