1  Mark H. Van Brussel, State Bar No. 80777
   mvanbrussel@cdflaborlaw.com
2  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue
3  Suite 200
   Sacramento, California 95825
4  Telephone:  (916) 361-0991
   Facsimile:  (916) 570-1958
5
   Attorneys for Defendant
6  FREMONT-RIDEOUT HEALTH GROUP

7  Anthony M. Bettencourt, State Bar No. 289361
   abettencourt@impact-litigation.com
8  LAW OFFICE OF ANTHONY M. BETTENCOURT
   1804 Garnet Ave., Suite 475
9  San Diego, California 92109
   Telephone: (530) 636-0605
10
   Attorneys for Plaintiff
11 BEATRICE PHILLIPS

12              **UNITED STATES DISTRICT COURT**

13            **EASTERN DISTRICT OF CALIFORNIA**

14

15 BEATRICE PHILLIPS,                    )  Case No. 2:15-cv-00955-JAM-DB
                                         )
16              Plaintiff,               )  Assigned for All Purposes To:
           vs.                           )  Judge: John. A. Mendez
17                                       )
   FREMONT-RIDEOUT HEALTH GROUP,         )  **JOINT STIPULATION MODIFYING**
18                                       )  **PRETRIAL CONFERENCE DATE AND**
                Defendant.               )  **PRETRIAL CONFERENCE**
19                                       )  **STATEMENT DEADLINE; ORDER**
                                         )
20 _____   )

21              IT IS HEREBY STIPULATED by and between the parties through their respective

22 attorneys of record that, with the Court's permission, the scheduling order be modified to (1) reset

23 the final pretrial conference (currently set for May 5, 2017) to April 28, 2017; and (2) reset the

24 deadline for parties to file their joint pretrial conference statement (currently due April 28, 2017) to

25 April 21, 2017.

26              This stipulation is submitted due to defense counsel's scheduling conflict with the

27 current date of the pretrial conference.

28

                                    1

1  Dated:  March 13, 2017                CAROTHERS DISANTE & FREUDENBERGER LLP

2

3                                        By:  */s/ Mark Van Brussel*
                                              Mark H. Van Brussel
4                                        Attorneys for Defendant
                                         FREMONT-RIDEOUT HEALTH GROUP
5

6  Dated:  March 13, 2017                LAW OFFICE OF ANTHONY M. BETTENCOURT

7

8                                        By:  */s/ Anthony Bettencourt*
                                              Anthony M. Bettencourt
9                                        Attorneys for Plaintiff
                                         Beatrice Phillips
10

11

12
                                O R D E R (**AS AMENDED BY THE COURT**)
13

14         IT IS SO ORDERED.  The Court assigns a final pre-trial conference on April 28, 2017 at

15  **11:00 a.m.**  The parties' joint pre-trial conference statement shall be due April 21, 2017.

16

17  March 13, 2017

18                                       John A. Mendez
                                         United States District Court Judge
19

20

21

22

23

24

25

26

27

28

                                              2